UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JERRY L. CARNLEY, JR. § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:18-cv-00212-MAC |
| § | |
| HUMAN SERVICES OF SOUTHEAST § | |
| TEXAS, INC. d/b/a SPINDLETOP CENTER § | |
| f/k/a SPINDLETOP MHMR SERVICES § | |
| § | |
| Defendant. § | |
| § | |

**ORDER GRANTING SPINDLETOP CENTER'S APPLICATION FOR COURT TO ENTER ORDER CONFIRMING ARBITRATION AWARD UNDER 9 U.S.C.S. § 9**

Defendant Human Services of Southeast Texas, Inc. d/b/a Spindletop Center f/k/a Spindletop MHMR Services' Application for the Court to Enter Order Confirming Arbitration Award (#20) is **GRANTED**. It is therefore;

**ORDERED** that this Court hereby confirms the arbitration award, attached as Exhibit A to Spindletop Center's Application for the Court to Enter Order Confirming Arbitration Award.

**Signed this date**
Jun 10, 2021

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

4847-4366-4874.1